UNITED STATES of America,
Plaintiff - Appellee,

v.

Abdi Razaq Abshir OSMAN, a/k/a
Abdirasaq Abshir, Defendant-
Appellant.

United States of America,
Plaintiff-Appellee,

v.

Mohamed Abdi Jama, a/k/a Mohammed
Abdi Jamah, Defendant-Appellant.

United States of America,
Plaintiff-Appellee,

v.

Abdicasiis Cabaase, a/k/a Ahmed
Mahomood, Defendant-
Appellant.

United States of America,
Plaintiff-Appellee,

v.

Mohamed Farah, a/k/a Mahamed
Farraah Hassan, Defendant-
Appellant.

No. 16-4754, No. 16-4756, No.
16-4758, No. 17-4274

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2017

Decided: December 6, 2017

Trey R. Kelleter, VANDEVENTER
BLACK LLP, Norfolk, Virginia; Jason
Alan Dunn, JASON A. DUNN, PLC, Vir-

ginia Beach, Virginia; Lawrence H. Wood-
ward, Jr., SHUTTLEWORTH, RULOFF,
SWAIN, HADDAD & MORECOCK, P.C.,
Virginia Beach, Virginia; Robert B. Rig-
ney, PROTOGYROU & RIGNEY, Nor-
folk, Virginia, for Appellants. Dana J.
Boente, United States Attorney, Richard
D. Cooke, Assistant United States Attor-
ney, Richmond, Virginia, for Appellee.

Before KING, KEENAN, and FLOYD,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Abdi Razaq Abshir Osman, Mohamed
Abdi Jama, Abdicasiis Cabaase, and Mo-
hamed Farah (collectively, "Defendants")
appeal their convictions and life sentences
for piracy, in violation 18 U.S.C. § 1651
(2012).* We conclude that Defendants'
challenges to their convictions and life sen-
tences are barred by the law-of-the-case
doctrine because we previously considered
and rejected Defendants' arguments in
*United States v. Said*, 798 F.3d 182, 193,
198-200 (4th Cir. 2015). *See United States
v. Aramony*, 166 F.3d 655, 661 (4th Cir.
1999) (describing law-of-the-case doctrine
and its exceptions). Accordingly, we affirm
the amended judgments of the district
court. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED*

---

* Defendants also were convicted of and sen-
tenced for other offenses, but they do not

challenge those convictions or sentences on
appeal.